IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ROBIN P.,[1]                    No. 6:17-cv-01999-SU

         Plaintiff,               ORDER

     v.

COMMISSIONER,
Social Security Administration,

         Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Sullivan issued a Findings and Recommendation [20] on April 4, 2019, in which she recommends that the Court reverse the Commissioner's decision and remand this matter for further administrative proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [20]. Accordingly, the Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

DATED this 2 day of May, 2019.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge